RECEIVED-CLERK
U.S. DISTRICT COURT

2004 JAN -8 ℗ 12: 46

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In Re:<br><br>LUCENT TECHNOLOGIES, INC.<br>SECURITIES LITIGATION | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 00-CV-621 (JAP)

## <u>NOTICE OF APPEAL</u>

Objectors RINIS TRAVEL SERVICE, INC. PROFIT SHARING  TRUST U.A.

6-1-1989 and MICHAEL J. RINIS, IRRA, hereby appeal the Order and Final Judgment

(copy attached) signed by the Court on December 12, 2003 (entered of record on

December 15, 2003) to the United States Court of Appeals for the Third Circuit.

DATED THIS ____ day of January, 2004.

Respectfully submitted,

Edward W. Cochran, Esq.
OH Bar No. 0032942
2872 Broxton Road
Shaker Heights, Ohio  44120
Telephone:     (216) 751-5546
Facsimile:     (216) 751-6630

RECEIVED-CLERK
U.S. DISTRICT COURT

2004 JAN -8 P 12: 47

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the above and foregoing by placing it in the United States mail this 8th day of January, 2004, with proper postage affixed hereto and addressed to:

Plaintiffs' Co-Lead Counsel:
David J. Bershad, Esq.
Milberg Weiss Bershad Hynes & Lerach, LLP
One Pennsylvania Plaza
New York, New York   10119-0165

Daniel L. Berger, Esq.
Bernstein Litowitz Berger & Grossman
1285 Avenue of the Americas
New York, New York   10019

Defendants' Counsel:
Paul C. Saunders, Esq.
Cravath Swaine & Moore
825 Eighth Avenue
New York, New York   10019

John H. Schmidt, Jr., Esq.
Lindabury McCormick & Estabrook
53 Cardinal Drive
P.O. Box 2369
Westfield, N.J.   07091


EDWARD W. COCHRAN

- 2 -