**CLOSED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE LUCENT TECHNOLOGIES, INC., : <br> SECURITIES LITIGATION, : <br> : | Case No.  00-cv-621 (JAP) <br><br> FINAL ORDER APPROVING COUNSEL'S JOINT PETITION FOR AN AWARD OF ATTORNEY'S FEES AND REIMBURSEMENT OF EXPENSES |

Before the Court is a Joint Petition for attorney's fees and reimbursement of expenses filed by the firms of Bernstein Litowitz Berger & Grossmann LLP and Milberg Weiss Bershad Hynes & Lerach LLP, which serve jointly as Lead Counsel for Plaintiffs in this case.  Having considered all of the written submissions on this matter from the parties and from class members, and having held a Fairness Hearing on December 12, 2003 regarding the proposed settlement and the joint fee petition in this class action, and for the reasons expressed in the Court's accompanying Opinion, IT IS

ON this 19th day of July, 2004

ORDERED that the Joint Petition for fees and expenses is granted; and it is further

ORDERED that Lead Counsel is awarded attorney's fees in the amount of  $87.89 million; and it is further

ORDERED that Lead Counsel is awarded $3.5 million as reimbursement for expenses; and it is further

ORDERED that this is a final judgment, and this case is CLOSED.

S/ JOEL A. PISANO, U.S.D.J.